IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA C. HOUSTON, Executrix of the Estate of MARY J. HOUSTON : | |
| vs. : | CIVIL ACTION |
| SWIFT TRANSPORTATION COMPANY, INC.: | NO. 06-5343 |
| and : | JURY TRIAL DEMANDED |
| SWIFT LEASING COMPANY, INC. : | |

## ORDER

AND NOW, this 26 day of September, 2007, upon consideration of the attached Petition to Compromise Wrongful Death and Survival Claims, it is hereby ORDERED that said Petition is GRANTED.

It is FURTHER ORDERED that:

(1) the settlement sums and compromise set forth in said Petition are hereby approved;

(2) all proceeds paid by reason of this settlement are allocated 80% to the wrongful death claims and 20% to the survival action as more fully set forth in Paragraph 13 of the Petition;

(3) Petitioner is hereby authorized to execute a Release of third party claims against Swift Transportation Company, Inc. and Swift Leasing Company arising , Inc. as a result of the death of Mary J. Houston, due to the accident of February 7, 2005, in the form attached to the Petition as Exhibit A;

(4) Counsel for the Estate is hereby directed to file an Inheritance Tax Return reflecting receipt of the proceeds; and,

(5)     Petitioner is hereby excused from entering security beyond any previously posted.


BY THE COURT:


_L/F Restrepo_
Restrepo          J.